AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Klindt, James R. | U.S. District Court-Middle FL | 07/03/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge-Full | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

300 N. Hogan Street
Suite 5-111
Jacksonville, FL 32202-4249

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 07/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Klindt, James R.** | 07/03/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings Account - Jacksonville Federal Credit Union | A | Interest | J | T | | | | | |
| 2. Florida College Prepaid Plan - Tuition; Dormitory; Admin fee | A | Interest | J | T | | | | | |
| 3. American Mutual Funds American Balanced Fund - A | B | Dividend | M | T | | | | | |
| 4. American Mutual Funds Income Fund of America/College America | A | Dividend | J | T | | | | | |
| 5. American Mutual Funds New Perspective Fund/College America | A | Dividend | J | T | | | | | |
| 6. American Mutual Funds American High Income Trust/College | A | Dividend | J | T | | | | | |
| 7. American Mutual Funds Intermediate Bond Fund of America | A | Dividend | J | T | | | | | |
| 8. American Mutual Funds Capital World Growth and Income | A | Dividend | J | T | | | | | |
| 9. American General Life Insurance | A | Interest | K | T | | | | | |
| 10. John Hancock IRA | | | | | | | | | |
| 11. - Core Strategy | B | Dividend | L | T | | | | | |
| 12. - Lifestyle Growth MVP | C | Dividend | K | T | | | | | |
| 13. - T. Rowe Price Assoc. Capital Appreciation Value | D | Dividend | M | T | | | | | |
| 14. ING Life Insurance | A | Interest | K | T | | | | | |
| 15. American Funds Tax-Advantaged Income Portfolio-C | A | Dividend | J | T | | | | | |
| 16. Morgan Stanley Brokerage Account (X) | | | | | | | | | |
| 17. - Cash - Morgan Stanley Bank N.A. | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Stock - MSFT | A | Dividend | | | Sold | 05/09/16 | J | | |
| 19.  - Corporate Bond - Bank of America | | None | | | Redeemed | 03/15/16 | J | | |
| 20.  - Corporate Bond - Brandywine Oper Partners | | None | | | Redeemed | 04/01/16 | J | | |
| 21.  - Corporate Bond - Hyatt Hotels Corp. | | None | | | Redeemed | 04/11/16 | J | | |
| 22.  - Corporate Bond - Alcoa Inc. | | None | | | Sold | 05/09/16 | J | | |
| 23.  - Corporate Bond - Hartford Finl Svcs Group | | None | | | Sold | 05/09/16 | J | | |
| 24.  - Corporate Bond - Goldman Sachs Group Inc. | | None | | | Sold | 05/09/16 | J | | |
| 25.  - Corporate Bond - Pitney Bowes Inc. | | None | | | Sold | 05/09/16 | J | | |
| 26.  - Corporate Bond - Viacom Inc CBS | | None | | | Sold | 05/09/16 | J | | |
| 27.  - Mutual Fund - Franklin Utilities C | A | Dividend | K | T | | | | | |
| 28.  - Mutual Fund - Loomis Sayles Core Plus BD C | B | Dividend | K | T | | | | | |
| 29.  - Mutual Fund - Lord Abbett Bond Deb C | B | Dividend | J | T | | | | | |
| 30.  - Mutual Fund - Lord Abbett Income C | A | Dividend | J | T | | | | | |
| 31.  - Mutual Fund - Pioneer Bond C | B | Dividend | K | T | | | | | |
| 32.  - Mutual Fund - Blackrock Basic Value C | A | Dividend | K | T | | | | | |
| 33.  - Mutual Fund - Loomis Sayles GLB EQ & INC C | A | Dividend | K | T | | | | | |
| 34.  - Columbia Contrarian Core C (LCCCX) | D | Dividend | K | T | Buy | 05/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - JP Morgan Equity Income C (OINCX) | D | Dividend | K | T | Buy | 05/09/16 | J | | |
| 36. American Funds Preservation Portfolio C | A | Dividend | L | T | Buy | 06/10/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 07/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part VII. Investments and Trusts:

1. On my 2015 Amended Financial Disclosure Report, I inadvertently listed the item in line 16, "American Funds Tax-Advantaged Income Portfolio-C," as one item when it should have been separated into two items. In addition to that named American Funds Portfolio, I have another entitled, "American Funds Preservation Portfolio-C." The latter has been added to the last line of this year's report (line 37) and the amounts in each portfolio have been broken up accordingly. The aggregate amounts set forth on the 2015 Amended Financial Disclosure Report were accurate.

2. On my 2015 Amended Financial Disclosure Report, for the life insurance policies set forth on lines 9 and 15, it was mistakenly indicated that dividends were paid. In fact, there was interest paid. This has been corrected.

3. Regarding the original report for calendar year 2016, in response to the committee's instructions, I have removed the aggregate income and value information for the John Hancock IRA on line 10 and broken down the amounts in each individual asset. In preparing to do so, it came to my attention that at some point prior to 2016, two assets originally listed were merged into other existing assets and one additional asset was purchased. I have corrected this information on lines 11-13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James R. Klindt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544